UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LIBERTY MUTUAL INSURANCE CO., as
Subrogee of Susan Steinberg-Smith,
                 Plaintiff,

v.

ELECTROLUX HOME PRODUCTS, INC.,
                 Defendant.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

22 CV 10476 (VB)

      The Court has been advised by the Magistrate Judge that the parties have reached a settlement in this matter. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than January 8, 2024. To be clear, any application to restore the action must be filed by January 8, 2024, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All other deadlines, scheduled conferences, or other court appearances are cancelled. Any pending motions are moot.

      The Clerk is instructed to close the case.

Dated: November 8, 2023
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge